STATE v. WOODARD

No. 519PA01

Case below: 146 N.C. App. 75

Motion by Attorney General for temporary stay allowed 14 September 2001.

STATE ex rel. EASLEY v. PHILIP MORRIS, INC.

No. 411P01

Case below: 144 N.C. App. 329

Petition by intervenors for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001. Conditional petition by Attorney General for discretionary review pursuant to G.S. 7A-31 dismissed as moot 4 October 2001.

SWAIN v. ELFLAND

No. 539P01

Case below: 145 N.C. App. 383

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

TEAM TRANSPORT, INC. v. FIRST NAT'L BANK SOUTHEAST

No. 238P01

Case below: 142 N.C. App. 707

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 4 October 2001.

THOMAS v. B.F. GOODRICH

No. 413P01

Case below: 144 N.C. App. 312

Petition by defendant-employer for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.